IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

REDMOND DESHAWN LOGAN                                                                      PLAINTIFF

v.                                    Civil No. 6:19-cv-06100

DR. ABSALOM TILLEY and
NURSE BRIDGET JOHNSON                                                                  DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation (ECF No. 24) filed February 7, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8.) Plaintiff filed this civil rights action on or about August 19, 2019, pursuant to 42 U.S.C. § 1983 seeking compensatory damages against Defendants in both their official and personal capacities. Plaintiff failed to comply with a court order (ECF No. 18) directing him to submit a new IFP application or pay the filing balance of the filing fee on or before November 8, 2019. In addition, Plaintiff failed to file a response in opposition to Defendants' Motion to Compel Discovery Responses (ECF No. 19), and Plaintiff has not responded to any discovery requests despite being ordered (ECF No. 21) to do so. Finally, Plaintiff has not filed a response in opposition to Defendants' Motion for Sanctions (ECF No. 22). Judge Bryant recommends that Plaintiff's claims be dismissal without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, Plaintiff's Complaint should be and hereby is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED** this 26th day of February 2020.

.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE